**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Shahidul Gaffar | : | Chapter 13 |
| | : | Case No.: 23-12151-MDC |
|          Debtor. | : | |

## MOTION TO SELL REAL PROPERTY FREE
## AND CLEAR  OF LIENS AND ENCUMBRANCES

Shahidul Gaffar (the "Debtor"), by and through their undersigned counsel, hereby move this Honorable Court to Sell their Real Property under Eastern District of Pennsylvania Local Rule 6004-1 and Section 363 of the United States Bankruptcy Code and in support thereof aver the following:

1.      The Debtor filed the Chapter 13 Bankruptcy Petition on July 20, 2023.

2.      The subject real property is located at 212 N. Springfield Road, Clifton Heights, PA 19018 (the "Property").

3.      The Debtor believes it to be in their best financial interest to sell the property.

4.      In furtherance of the sale, the debtors retained the services of Ty Chan, a licensed broker of EXP Realty, LLC.

5.      On or about September 28, 2023, the Debtor, by and through their realtor, entered into an Agreement of Sale of the property in the amount of $290,000.00.  A true and correct copy of the Agreement of Sale is attached hereto and labeled as **Exhibit "A."**

6.      The buyer, Estella Adewumi, is not an insider of the Debtor and the sale represents an arms-length transaction between the parties, made without fraud and/or collusion.

7.      Wilmington Savings Fund Society, FSB, et al. holds a mortgage in the approximate amount of $205,090.92.

8.      The Debtor is desirous of receiving the total exemption in the sum of $27,900.00 from their portion of the sale proceeds plus any sums remaining after all claims are satisfied.

9.      Any remaining proceeds after the Debtor's exemption shall be paid to and distributed by the chapter 13 trustee.

**WHEREFORE**, Debtors, by and through the undersigned counsel, respectfully request this Honorable Court to enter an Order: (i) Granting this Motion, (ii) Authorizing the Debtor to sell the Property to the proposed buyer under the terms of that Agreement for the Sale of Real Estate free and clear of liens, claims interests and encumbrances, and, (iii) Granting the Debtor such other and further relief to which they may be justly entitled.

Dated: October 3, 2023                    /s/Brad J. Sadek, Esq

                                        Attorney for Debtor
Sadek Law Offices
2 Penn Center
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008