**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: <br><br> **Shahidul Gaffar** <br><br> Debtor | CHAPTER 13 <br><br> CASE NO.: 23-12151-mdc |

**CERTIFICATION OF DEFAULT**

NOW COMES the Movant, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series Pentex, by and through its attorneys, Hill Wallack LLP, who file this Certification of Default upon the following:

1. A Motion for Relief from the Automatic Stay was filed on November 29, 2023.

2. The Motion was resolved amicably with an ordered stipulation.

3. More specifically, the Debtor and Movant entered into a certain Stipulation Order Resolving Objection to Movant's Motion for Relief from the Automatic Stay wherein the Debtor was to remain current on all regular post-petition monthly mortgage payments. A true and correct copy of the Stipulation is attached hereto and made a part hereof as Exhibit "A."

4. On or about January 10, 2024 the court entered an Order approving the Stipulation. *See, Doc. No. 36.*

5. The Stipulation provided that should the monthly payments not be remitted on the day due, Movant shall send Debtors and Debtor's counsel a written Notice of Default of this Stipulation. If the default is not cured within fifteen (15) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable. *See, Stipulation at ¶6.*

6. The Debtors failed to make the payments required under the Stipulation. A Notice of Default was mailed March 11, 2024. A true and correct copy of the Notice of Default is attached hereto and made a part hereof as Exhibit "B."

7. As of April 8, 2024, the payment to cure the post-petition arrears in full has not been made and therefore the Debtors are in default under the Stipulation. Debtors currently owe from January 1, 2024 through April 1, 2024 in the amount of $1,216.04 each for a total amount due of $4,864.16.

8. As such, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series Pentex, respectfully requests that the attached Order in connection with the Motion for Relief from Stay be entered.

**Hill Wallack LLP**

By: /s/ *Angela C. Pattison, Esq.*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com