**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>**Shahidul Gaffar**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 23-12151-djb |

**CERTIFICATION OF DEFAULT**

NOW COMES the Movant, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series Pentex, by and through its attorneys, Hill Wallack LLP, who file this Certification of Default upon the following:

1. A Motion for Relief from the Automatic Stay was filed on November 29, 2023.

2. The Motion was resolved amicably with an ordered stipulation.

3. More specifically, the Debtor and Movant entered into a certain Stipulation in Settlement of Motion for Relief from the Automatic Stay and Co-Debtor Stay wherein the Debtor was to remain current on all regular post-petition monthly mortgage payments beginning with that payment due on January 1, 2024. A true and correct copy of the Stipulation is attached hereto and made a part hereof as Exhibit "A."

4. On or about January 10, 2024 the court entered an Order approving the Stipulation. *See, Doc. No. 36.*

5. The Stipulation provided that should the monthly payments not be remitted on the day due, Movant shall send Debtors and Debtor's counsel a written Notice of Default of this Stipulation. If the default is not cured within fifteen (15) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay waiving FED. R. Bankr. P.

3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable. *See, Stipulation at ¶6.*

6. The Debtor failed to make the payments required under the Stipulation. A Notice of Default was mailed February 20, 2025. A true and correct copy of the Notice of Default is attached hereto and made a part hereof as Exhibit "B."

7. As of March 24, 2025, the payment to cure the post-petition arrears in full has not been made and therefore the Debtor is in default under the Stipulation. Debtor currently owes from October 1, 2024 through March 1, 2025 in the amount of $1,213.59 each with a suspense balance of $1,213.76 for a total amount due of $6,070.23. A true and correct copy of the Post-Petition Ledger is attached hereto and made a part hereof as Exhibit "C".

8. As such, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series Pentex, respectfully requests that the attached Order in connection with the Motion for Relief from Stay be entered.

**Hill Wallack LLP**

*By: /s/ Michael J. Shavel*
Michael J. Shavel, Esq.
Hill Wallack LLP
1000 Floral Vale Blvd, Suite 300
Yardley, PA 19067
267-759-2071
Email: mshavel@hillwallack.com