UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Shahidul Gaffar**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 23-12151-djb |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
### AND CODEBTOR STAY

AND NOW, this _____ day of _____, 2025, upon the Motion of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series Pentex ("Movant"), and after the filing of a Certification of Default, it is,

ORDERED AND DECREED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) and Co-Debtor stay provision of 11 U.S.C. § 1301 to permit Movant to commence or continue its foreclosure on its mortgage on the Mortgaged Premises located at 212 N. Springfield Road, Clifton Heights, PA 19018 (the "Mortgaged Premises"); to name the Debtor and Co-Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

**Date: May 6, 2025**

_____
JUDGE DEREK J. BAKER