UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>     SHAHIDUL GAFFAR<br><br>            Debtor | Chapter 13<br><br>Bankruptcy No. 23-12151-DJB |

### TRUSTEE'S MOTION TO DISMISS WITH A BAR ORDER
### PURSUANT TO 11 U.S.C. SECTIONS 105 AND 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 07/20/2023.

3.      This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

4.      The debtor has filed four prior bankruptcy cases, either individually, or jointly with a spouse, as follows:

(1)  17-11105

(2)  17-17797

(3)  20-14168

(4)  21-12804

      WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, respectfully requests that, pursuant to 11 U.S.C. Sections 105 and 1307, the Court enter an Order dismissing this case and barring the debtor from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court FOR A PERIOD OF TWO YEARS.

Date: 06/27/2025                                           Respectfully submitted,

                                                            */s/ Kenneth E. West, Esq.*
                                                            Kenneth E. West, Esq.
                                                            Standing Chapter 13 Trusteee
                                                            190 N. Independence Mall West
                                                            Suite 701
                                                           Philadelphia, PA  19106
                                                           Telephone: (215) 627-1377