IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shahidul Gaffar<br>    Debtor,<br><br>FCI Lender Services, Inc. as servicer for Wilmington Savings Fund Society, FSB, not in its Individual Capacity But Solely As Trustee of Reliant Trust, Series Pentex<br>    Movant.<br>v.<br><br>Shahidul Gaffar<br>    Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-12151-djb<br><br>CHAPTER 13 |

**RESPONSE OF FCI LENDER SERVICES, INC. AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF RELIANT TRUST, SERIES PENTEX TO DEBTOR'S MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY**

    FCI Lender Services, Inc. as servicer for Wilmington Savings Fund Society, FSB, not in its Individual Capacity But Solely As Trustee of Reliant Trust, Series Pentex ("Creditor"), by and through its counsel LOGS Legal Group LLP, hereby responds to Debtor's Motion to Reconsider Order Modifying Automatic Stay as follows:

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted.

    5.    Admitted.

    7.    (Paragraph 6 missing from Motion)  Admitted.

    8.    Denied as it is not known by Creditor as to Debtor's intentions.

WHEREFORE, Creditor respectfully requests Debtor's Motion to Reconsider Order Modifying Automatic Stay be denied.


/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com